LODGED
2012 AUG 27 PM 4:16

FILED
2012 SEP -5 PM 4:29

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ARABO SARKESYAN

PLAINTIFF(S)

V.

TRANS UNION, ET AL.;

DEFENDANT(S)

CASE NUMBER
CV12- 7366 UA (DUTYx)

ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE

**IT IS ORDERED** that the complaint may be filed without prepayment of the filing fee.

Further proceedings in this matter are subject to the orders of the Judge to whom the case is assigned.

Date _____ United States Magistrate Judge

**IT IS RECOMMENDED** that the request of plaintiff/petitioner to file the action without prepayment of the filing fee be **DENIED** for the following reason(s):

[✓] Inadequate showing of indigency.
[ ] Legally and/or factually patently frivolous
[ ] Other:

[ ] District Court lacks jurisdiction.
[ ] Immunity as to _____

Comments: Plaintiff did not respond to Question 1.b. or Question 6.

Date 8-30-12              United States Magistrate Judge

**IT IS ORDERED** that the request of plaintiff to file the action without prepayment of the filing fee is:
[ ] GRANTED    [X] DENIED (See comments above).

Date 8/31/12              United States District Judge
                          ACJ

CV-73A (01/10)   ORDER RE LEAVE TO FILE ACTION WITHOUT PREPAYMENT OF FILING FEE